

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | APRIL 22, 2020 |
| U.S. v. JASON J. GRIESS, 4:20MJ3073 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA TESSIE L.S. SMITH |

Be advised that the above named Defendant(s) is/are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐     Unseal the Indictment and any underlying Magistrate Case

☐     Unseal the Magistrate Case

☐     Unseal the Indictment but the underlying Complaint and Affidavit should remain

**Restricted**

☒     Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain

**Restricted**